UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 10-01054-RGK (Ex) | Date | January 17, 2013 |
|---|---|---|---|
| Title | WALTER PFAFF v. THE UNITED STATES | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

The Court has reviewed the "First Ex Parte Application," filed by plaintiff at DE 31. The Ex Parte is denied as moot, the Court had already issued the Order regarding defendant's motion to vacate default by clerk.

Plaintiff is ordered to show cause, in writing, not later than **January 31, 2013,** why the action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

**IT IS SO ORDERED.**

                                                                                                            : 

Initials of Preparer    slw